NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELLSPIN SOFT, INC.,**
*Appellant*

**v.**

**CANON U.S.A., INC., GOPRO, INC., GARMIN INTERNATIONAL, INC., GARMIN USA, INC.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1947

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00127.

---

**JUDGMENT**

---

RANDALL T. GARTEISER, Garteiser Honea, PLLC, Tyler, TX, argued for appellant.  Also represented by MICHAEL SCOTT FULLER, CHRISTOPHER A. HONEA; KIRK ANDERSON, Budo Law PC, Arvada, CO; PETER JOSEPH CORCORAN, III, Corcoran IP Law PLLC, Texarkana, TX.

JARED WESTON NEWTON, Quinn Emanuel Urquhart & Sullivan, LLP, Washington, DC, argued for all appellees. Appellee Canon U.S.A., Inc. also represented by RYAN SETH GOLDSTEIN, Los Angeles, CA.

KARINEH KHACHATOURIAN, KXT Law, LLP, Redwood City, CA, for appellee GoPro, Inc.

JENNIFER C. BAILEY, Erise IP, P.A., Overland Park, KS, for appellees Garmin International, Inc., Garmin USA, Inc. Also represented by ADAM PRESCOTT SEITZ.

JOSHUA K. HANDELL, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, MELISSA N. PATTERSON; SARAH E. CRAVEN, THOMAS W. KRAUSE, MONICA BARNES LATEEF, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and STARK, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

October 14, 2022      /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                    Clerk of Court